■ HAL BIRBACH, Appellant, v DRY DOCK SAVINGS BANK et al., Respondents.—Judgment of the Supreme Court, Queens County, entered January 27, 1978, affirmed. No opinion. Appeal from an order of the same court, dated January 19, 1978, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Defendants are awarded one bill of $50 costs and disbursements. Mollen, P. J., Suozzi, Rabin and Martuscello, JJ., concur.